IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANGIE LEWIS,<br><br>    Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., BARD PERIPHERAL VASCULAR, INC., and MCKESSON CORPORATION,<br><br>    Defendants. | CASE NO. CV420-190 |

## O R D E R

Before the Court is the parties' Stipulation to Dismiss Claims Against McKesson Corporation Without Prejudice. (Doc. 36.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss a party from an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, Defendant McKesson Corporation is **DISMISSED WITHOUT PREJUDICE.** Each party shall bear its own costs and attorneys' fees.

SO ORDERED this 1ST day of October 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA