IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANGIE LEWIS, )<br>)<br>  Plaintiffs, )<br>)<br>v. )<br>) CASE NO. CV420-190<br>C.R. BARD INCORPORATED, a )<br>Foreign Corporation; and BARD )<br>PERIPHERAL VASCULAR )<br>INCORPORATED, an Arizona )<br>Corporation; )<br>)<br>  Defendants. )<br>_____) | |

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal Without Prejudice. (Doc. 42.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' request (Doc. 42) is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own attorneys' fees and costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 15th day of April 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA